**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Zachariah G. Roberts, Sr.,

Plaintiff,

v.

Sheraton Airport Inn,

Defendant.

Civil File No. 00-61 (RHK/JMM)

**ORDER**

---

This matter came before the Court, United States District Court Judge Richard F. Kyle, on Defendant's Motion to Extend Deadline for Bringing Dispositive Motion.

IT IS HEREBY ORDERED:

1. That Defendant's Motion to extend the deadline for hearing dispositive motions by one week, from March 1, 2001 to March 8, 2001 is granted.

Dated: 2/5, 2001

Richard H. Kyle
United States District Court Judge

FEB 05 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

171823-1