Cv 00-61-RHK/JMM

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**ORDER RE: SCHEDULE FOR SUBMISSION OF TRIAL MATERIALS FOR MAY, 2001 TRIAL CALENDAR**

---

Attached is an updated list of cases deemed ready for trial before the undersigned beginning May 1, 2001. Cases may be called out of order.

The following materials are to be **EXCHANGED AND FILED BY** April 12, 2001 (filing shall be in St. Paul):

(1) All "documents to be submitted for trial" as required by Local Rule 39.1(b);

(2) Designation and copies of proposed deposition testimony;

(3) Motions in Limine with supporting briefs; responsive briefs to Motions in Limine shall be served and filed (in St. Paul) by April 19, 2001; and

(4) Trial brief with a statement of the issues (substantive and evidentiary), facts expected to be proved, and controlling statutory and case law.

Written Objections, and the grounds therefor, to opposing parties' exhibits and designated deposition testimony, shall be served and filed (in St. Paul) by April 19, 2001. Copies of objected to exhibits and objected to deposition testimony shall be furnished simultaneously to the Court. Responses to the Written Objections shall be served and filed (in St. Paul) by April 24, 2001.

Dated: March 1, 2001

RICHARD H. KYLE
United States District Judge

FILED MAR 01 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

| | | |
|---|---|---|
| 1. | Steven K. Lee<br>etal | Robert Gust<br>612-359-900 |
| | vs CV 00-22 RHK/JMM<br>JURY | |
| | Kudelski SA | Richard Ihrig<br>612-371-3211<br><br>Philip Cohan<br>Eric Namrow<br>202-861-3900 |
| 2. | Zachariah G. Roberts Sr. | Zachariah G. Roberts Sr. |
| | vs CV 00-61 RHK/JMM<br>COURT | |
| | Sheraton Airport Hotel | Paul Zech<br>Katherine Jones<br>612-339-6321 |
| 3. | Reliance Insurance Company | Terrence R. Joy<br>Richard Allyn<br>612-349-8500 |
| | vs CV 00-189 RHK/JMM<br>JURY | |
| | Arcadia Financial Ltd | Wendy Wildung<br>612-336-3000 |

4. Marvin Meschke — Bruce Recher
612-339-2500

vs CV 00-252 RHK/RLE
DULUTH
JURY

L & M Radiator Inc., — Stacey DeKalb
Barry O'Neil
612-339-8131