**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Zachariah G. Roberts, Sr.,

Plaintiff, Civil No. 00-61 (RHK/JMM)

v. **ORDER OF DISMISSAL**

Sheraton Airport Hotel,

Defendant.

---

The Court, having been advised that the above action has been settled, the parties needing additional time to finalize a settlement agreement,

**IT IS HEREBY ORDERED** that this action is dismissed with prejudice, the Court retaining jurisdiction for thirty (30) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: March 13, 2001

RICHARD H. KYLE
United States District Judge



FILED MAR 13 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK