UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Court File No.: 00-61 RFK/JMM

Zachariah George Roberts, Sr.,

Plaintiff,

vs.

Sheraton Airport Inn,

Defendant.

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

---

The parties hereto hereby stipulate and agree that the claims expressed in the above-captioned action shall be dismissed in their entirety, with prejudice, without costs, disbursement or fees to either party.

Dated: March 23, 2001

Zachariah G. Roberts, Sr., *pro se*

Dated: March 26, 2001

FELHABER, LARSON, FENLON & VOGT, P.A.

By: Katherine A. Jones
Katherine A. Jones, #268598
601 Second Avenue South, Suite 4200
Minneapolis, Minnesota 55402-4302
(612) 339-6321

ATTORNEYS FOR DEFENDANT

Based upon the stipulation of the parties, IT IS HEREBY ORDERED that the above-captioned matter is hereby DISMISSED WITH PREJUDICE, and without costs, disbursements or fees to either party.

IT IS SO ORDERED.

FILED APR 06 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD APR 06 2001
DEPUTY CLERK

LET JUDGMENT BE ENTERED ACCORDINGLY.

BY THE COURT

Dated: April 6, 2001

Judge of District Court